

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-29-2002

# In Re CM Holdings

Precedential or Non-Precedential: Precedential

Docket No. 00-3875

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"In Re CM Holdings " (2002). *2002 Decisions.* Paper 543.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/543

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed August 29, 2002

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 00-3875

IN RE: CM HOLDINGS, INC.; CAMELOT MUSIC, INC.;
G.M.G. ADVERTISING AND GRAPEVINE RECORDS
AND TAPES, INC.,

Debtors

INTERNAL REVENUE SERVICE

v.

CM HOLDINGS, INC.

CM Holdings, Inc.,
Appellant

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 97-cv-00695)
District Judge: Honorable Murray M. Schwartz

Argued October 30, 2001

Before: SLOVITER, NYGAARD and AMBRO, Circuit  Judges

(Opinion filed: August 16, 2002)

ORDER AMENDING OPINION

The slip opinion in the above case is hereby amended as
follows:

1. On page 9, in the first full paragraph, following the
ACM citation, insert "quoting" after the"(" and
before "Lerman", and insert a comma after
"Lerman", so that the full citation reads "(quoting
Lerman, 939 F.2d at 45)."

2. Insert a ";" after the citation edited above, followed
by the insertion "see Winn-Dixie Stores, Inc. v.
Commissioner, 113 T.C. 254, 278 (1999), aff'd 254
F.3d 1313 (11th Cir. 2001)."

3. On page 9, under the heading "A. Economic
Substance", following the first full sentence, after
the ACM citation, insert the citation "; Winn-Dixie
Stores, Inc. v. Commissioner, 254 F.3d 1313, 1316
(11th Cir. 2001)."

4. On page 9, under the heading "A. Economic Substance", after the phrase "the latter analysis remains important.", delete the words "ACM Partnership, 157 F.3d" and replace with " Id.", thus reading "Id. at 248 n.31".

5. On page 16, in the second sentence of the first full paragraph, insert a comma and the word "Inc." after the word "Stores"; after the parenthetical "(T.C. 1999)," please insert "aff'd 254 F.3d 1313 (11th Cir. 2001)," taking care to italicize " aff'd" (no period), and delete T.C. from the year designation, so that the full citation reads "Winn-Dixie Stores, Inc. v. Commissioner, 113 T.C. 254 (1999), aff'd 254 F.3d 1313 (11th Cir. 2001)."

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: 29 August 2002

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit

2